UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| EXETTA E. AKHUND, <br>    Plaintiff | **ORDER ON APPLICATION** <br> **TO PROCEED WITHOUT** <br> **PREPAYMENT OF FEES** |
| V. | |
| COMMISSIONER of SOCIAL SECURITY, <br>    Defendant | CASE NUMBER:    1:16-CV-01301-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✘ GRANTED.

   ✘ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   7th   day of   September  ,  2016  .

/s/ *Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer