Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com
Attorneys for Plaintiff EXETTA E. AKHUND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXETTA E. AKHUND, | ) Case No.: 1:16-cv-1301-BAM |
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING ) THE BRIEFING SCHEDULE |
| vs. | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Exetta E. Akhund ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to provide Defendant with Plaintiff's Settlement Letter Brief to March 6, 2017; and that Defendant shall have until April 10, 2017, to provide a response.

An extension of time for plaintiff is needed. As the Court is aware, the spouse of the associate in Counsel's firm who this matter is assigned, recently passed away. Due to the press of the holidays and the need to find a caregiver and the required time to acclimate his children to his

absence to meet his professional obligations, Counsel required the additional time to prepare and provide Defendant with Plaintiff's Settlement Letter.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 2, 2017          Respectfully submitted,
                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                       /s/ *Steven G. Rosales*
                              BY: _____
                                  Steven G. Rosales
                                  Attorney for plaintiff
DATE:  March 2, 2017          BENJAMIN WAGNER
                              United States Attorney
                              Donna L. Calvert
                              Regional Chief Counsel, Region IX
                              Social Security Administration
                              */S/- Jeffrey T. Chen
                              _____
                              Jeffrey T. Chen
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including **March 6, 2017**, in which to submit Plaintiff's confidential letter brief in support of Plaintiff's Complaint; Defendant may have an extension of time to **April 10, 2017**, to submit her response, and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 3, 2017**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE